IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| EAST TENNESSEE NATURAL GAS CO., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:02-cv-00142 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| .37 ACRES IN PATRICK COUNTY, | ) | By: Jackson L. Kiser |
| VIRGINIA, ET. AL., | ) | United States District Court |
| | ) | |
| Defendants. | ) | |

Before me is *Plaintiff's Motion to Alter or Amend Judgment.* Federal Rule of Civil Procedure 54(d) gives me the authority to grant costs, other than attorneys' fees, to the prevailing party in a case unless federal law expressly states otherwise. In this case, the Defendants are not the prevailing parties because this is a condemnation case. Furthermore, Federal Rule of Civil Procedure 71A(l) states that costs in a condemnation case are not subject to Federal Rule of Civil Procedure 54(d).

For these reasons, I hereby **Grant** the *Plaintiff's Motion to Alter or Amend Judgment*. The *Judgment* dated September 22, 2005 will be so amended.

The Clerk is directed to send certified copies of this *Order* and the attached *Amended Judgment* to all counsel of record.

Entered this 13th day of October, 2005.

s/Jackson L. Kiser
Senior United States District Judge

-1-